UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM J. SALANDER,

        Plaintiff,

                                                      Case Number 12-12034
v.                                                  Honorable David M. Lawson
                                                   Magistrate Judge Laurie J. Michelson

LENNON VILLAGE and
LENNON POLICE DEPARTMENT,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING COMPLAINT**

      Presently before the Court is the report issued on July 17, 2012 by Magistrate Judge Laurie J. Michelson pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendants' motion to dismiss and dismiss the complaint. Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

      Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt. # 10] is **ADOPTED**.

      It is further **ORDERED** that the defendant's motion to dismiss [dkt. #8] is **GRANTED**.

It is further **ORDERED** that the complaint is **DISMISSED**.

                                        s/David M. Lawson  
                                        DAVID M. LAWSON  
                                        United States District Judge

Dated: August 21, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 21, 2012.

                            s/Deborah R. Tofil  
                            DEBORAH R. TOFIL